## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CARLOS MONASTERIO and
BRIAN BROUILETTE,**

     **Plaintiffs,**

**v.**                                                                          **No. 15-cv-0683 MV/SMV**

**GREYHOUND LINES, INC.,
DAVE LEACH, BILL BLANKENSHIP,
ARNULFO BRAVO, JASON VON JIMENEZ, and
JOHN DOES I–IV,**

     **Defendants.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:       September 15, 2016, at 1:30 p.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

     A telephonic status conference is set for **September 15, 2016, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

     **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR
United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.